# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREE LAZOR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CONNIE GIPSON, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-01010-LJO-MJS (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND EXTENDING TIME TO FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE**<br><br>**(ECF No. 7)**<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff is a state prisoner proceeding pro se in a civil rights action filed July 1, 2013 pursuant to 42 U.S.C. § 1983.

Because Plaintiff did not comply with the Court's order to submit a completed and signed application to proceed in forma pauperis or, in the alternative, pay the $400.00 filing fee, he was ordered to show cause why this action should not be dismissed for failure to comply with the Court's order. (ECF No. 7.) Plaintiff responded that unidentified prison guards had retaliated against him, trashed his cell, thrown his legal documents on the floor, taken his pens and broken his typewriter.

Even if all these facts are true, the Court finds it difficult to imagine how such events could conceivably have prevented Plaintiff from completing and filing the IFP form or paying the filing fee at any time during a period of three months. Nevertheless, Plaintiff will be provided **one, and only one,** further extension of time to either file an application to

1

proceed in forma pauperis or pay the $400 filing fee. If Plaintiff fails to do so, the undersigned will recommend the case be dismissed for failure to obey a Court order and failure to prosecute as stated in the September 18, 2013 order.

Accordingly, it is HEREBY ORDERED that:

1. The order to show cause (ECF No. 7) is discharged;
2. Within fourteen (14) days of service of this order, Plaintiff shall file an application to proceed in forma pauperis or pay the $400 filing fee; and
3. If Plaintiff fails to file an application to proceed in forma pauperis or pay the $400 filing fee, the undersigned will recommend this action be dismissed without prejudice for failure to obey a Court order and failure to prosecute.

IT IS SO ORDERED.

Dated:   October 7, 2013                     /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

2