# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREE LAZOR,<br><br>        Plaintiff,<br><br>    v.<br><br>CONNIE GIPSON, et al.,<br><br>        Defendants. | Case No. 1:13-cv-01010-LJO-MJS (PC)<br><br>**ORDER DENYING MOTION TO RETURN DOCUMENTS**<br><br>**(ECF No. 14)** |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

Before the Court is Plaintiff's motion for return of unspecified documents, unrelated to this case, which he contends were mistakenly mailed to the Court. (ECF No. 14.) Plaintiff does not describe or identify the documents allegedly sent to the Court in error. The Court Clerk is unaware of any such documents. The Court cannot return documents unless they are clearly identified.

/////

/////

/////

/////

1

Accordingly, for the reasons stated, Plaintiff's motion for return of documents (ECF No. 14) is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   November 18, 2013        /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE