# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREE LAZOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONNIE GIPSON, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-01010-LJO-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AND REQUIRING PAYMENT OF FILING FEE IN FULL WITHIN TWENTY-ONE DAYS**<br><br>**(ECF No. 13)**<br><br>**TWENTY-ONE DAY DEADLINE** |

　　Plaintiff is a state prisoner proceeding pro se in a civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

　　On November 13, 2013, the Magistrate Judge issued findings and recommendations (ECF No. 13) that Plaintiff not be permitted to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, and that he be required to pay the $400 filing fee in full within twenty-one days of adoption of the findings and recommendations. Any objection to the findings and recommendations was due by December 2, 2013. (Id.) The December 2, 2013 deadline passed without any party filing objections or seeking further extension of time to do so.

　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has

conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the findings and recommendations filed on December 2, 2013 (ECF No. 13) in full,
2. Plaintiff's application to proceed in forma pauperis (ECF No. 11) is DENIED,
3. Plaintiff shall pay the $400 filing fee in full within twenty-one days of service of this order, and
4. If Plaintiff fails to pay the $400 filing fee in full within twenty-one days of service of this order, this action shall be dismissed without prejudice.

IT IS SO ORDERED.

Dated: **December 6, 2013**         /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE